IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:12cv559**

| | |
|---|---|
| CATAWBA RIVERKEEPER FOUNDATION and CLEAN AIR CAROLINA,<br><br>             Plaintiff,<br><br>vs.<br><br>NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, EUGENE CONTI, SECRETARY, NCDOT, FEDERAL HIGHWAY ADMINISTRATION, JOHN F. SULLIVAN, DIVISION ADMINISTRATOR, FHWA,<br><br>             Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion. After reviewing the above captioned case, the undersigned hereby recuses himself from this case.

**IT IS THEREFORE ORDERED** that this case be re-assigned to another District Judge.

**IT IS SO ORDERED**.

Signed: September 10, 2012

Graham C. Mullen
United States District Judge