IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-29-D

CATAWBA RIVERKEEPER )
FOUNDATION, and )
CLEAN AIR CAROLINA, )
)
Plaintiffs, )
)
v. )          **ORDER**
)
NORTH CAROLINA DEPARTMENT )
OF TRANSPORTATION, et al., )
)
Defendants. )

On February 23, 2015, the parties filed a joint motion to vacate the order of February 20,

2015. See [D.E. 63]. The motion [D.E. 65] is GRANTED. Nonetheless, if there are appellate

proceedings in this case, the administrative record will have to be filed on CM/ECF in order for the

United States Court of Appeals for the Fourth Circuit to have the administrative record. Moreover,

the parties' description of the burden of filing the administrative record on CM/ECF is overblown.

SO ORDERED. This **24** day of February 2015.

JAMES C. DEVER III
Chief United States District Judge