UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CATAWBA RIVERKEEPER FOUNDATION, and CLEAN AIR CAROLINA, )))) | |
| Plaintiffs, )) | |
| v. ))) | **JUDGMENT**<br>No. 5:15-CV-29-D |
| NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, EUGENE CONTI, *In his official capacity as Secretary of NCDOT*, FEDERAL HIGHWAY ADMINISTRATION, and JOHN F. SULLIVAN, *In his official capacity as Division Administrator of FHWA* ))))))))))) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiffs' motion for summary judgment [D.E. 33] and DENIES defendants' motions for summary judgment [D.E. 38, 39]. The Record of Decision is VACATED. The court DISMISSES as moot plaintiffs' motions to supplement the administrative record [D.E. 40, 52].

**This Judgment Filed and Entered on March 13, 2015, and Copies To:**

| | |
|---|---|
| Frank S. Holleman | (via CM/ECF Notice of Electronic Filing) |
| Kimberley Hunter | (via CM/ECF Notice of Electronic Filing) |
| Kathleen W. Asquith | (via CM/ECF Notice of Electronic Filing) |
| Scott T. Slusser | (via CM/ECF Notice of Electronic Filing) |
| Jared S. Pettinato | (via CM/ECF Notice of Electronic Filing) |

DATE  
March 13, 2015

**JULIE RICHARDS JOHNSTON, CLERK**  
/s/ Courtney O'Brien  
(By) Courtney O'Brien, Deputy Clerk