IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CATAWBA RIVERKEEPER FOUNDATION and CLEAN AIR CAROLINA,<br><br>                Plaintiffs,<br>v.<br><br>NORTH CAROLINA DEPARTMENT OF TRANSPORTATION;<br>NICHOLAS J. TENNYSON, Secretary, NCDOT;<br>FEDERAL HIGHWAY ADMINISTRATION;<br>and JOHN F. SULLIVAN, Division Administrator, FHWA,<br><br>                Defendants. | Chief Judge James C. Dever, III<br><br>No. 5:15–CV–29–D<br><br>ORDER GRANTING<br>JOINT MOTION TO STAY BRIEFING |

Upon consideration of the Joint Motion to Stay Briefing submitted by Plaintiffs (the Conservation Groups) and Federal Defendants (the Federal Highway Administration and Division Administrator John F. Sullivan) regarding the Conservation Groups' Petition for Attorneys' Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, the Court grants the motion. Those Parties shall file a joint status report within 30 days after the decision of the United States Court of Appeals for the Fourth Circuit in the related appeal by State Defendants, the North Carolina Department of Transportation and North Carolina Secretary of Transportation Nick Tennyson.

SO ORDERED. This __7__ day of __June__, 2016.

                                                        Judge James C. Dever, III
                                                        CHIEF DISTRICT JUDGE